UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVEL ENERGY SOLUTIONS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>PINE GATE RENEWABLES, LLC, and<br>GREEN STREET POWER PARTNERS,<br><br>    *Defendants*. | Date Filed: _____<br><br>Case No.: _____ |

## NOVEL ENERGY SOLUTIONS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

  Plaintiff, Novel Energy Solutions, LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

  Novel Energy Solutions, LLC is a privately held limited liability company (with all member units held by individuals) and has no parent entity.

DATED: July 31, 2020
     New York, New York

              **BUCHANAN INGERSOLL & ROONEY PC**

            By: _____
               Stephen J. Riccardulli (SR 7784)
               Melissa J. Bayly
               640 5th Avenue
               9th Floor
               New York, NY 10019-6102
               212-440-4400 (Tel.)
               *Attorneys for Plaintiff*