AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NOVEL ENERGY SOLUTIONS, LLC, <br><br> *Plaintiff(s)* <br> v. <br> PINE GATE RENEWABLES, LLC, and <br> GREEN STREET POWER PARTNERS, <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-05992 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GREEN STREET POWER PARTNERS
c/o VCORP AGENT SERVICES, INC.
25 ROBERT PITT DRIVE
SUITE 204
MONSEY, NEW YORK, 10952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen J. Riccardulli
BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue
9th Floor
New York, NY 10019-6102
212-440-4400 (Tel.)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/3/2020     /S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*



# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

NOVEL ENERGY SOLUTIONS, LLC,

INDEX #: 1:20-CV-05992
DATE FILED: 08/03/2020

Plaintiff(s)
Petitioner(s)

- against -

PINE GATE RENEWABLES, LLC, AND
GREEN STREET POWER PARTNERS,

Defendant(s)
Respondent(s)

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/05/2020, 11:18AM at 16 ONDERDONK ROAD, SUFFERN, NY 10901, deponent served a SUMMONS IN A CIVIL ACTION, COMPLAINT DEMAND FOR JURY TRIAL WITH EXHIBIT "A", CIVIL COVER SHEET, NOVEL ENERGY SOLUTIONS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES IN CIVIL CASES OF KATHARINE H. PARKER, US MAGISTRATE JUDGE-REVISED 1/1/20, UPDATED COVID-19 NOTICE OF PROCEDURES IN CIVIL AND CRIMINAL CASES GENERAL INFORMATION FOR CIVIL CASES-MAGISTRATE JUDGE PARKER 4/2/20 AND INDIVIDUAL RULES & PRACTICES IN CIVIL CASES VERNON S. BRODERICK, US DISTRICT JUDGE-3/19/20 on GREEN STREET POWER PARTNERS, BY SERVING VCORP AGENT SERVICES, INC., ITS REGISTERED AGENT FOR SERVICE OF PROCESS, a defendant in the above action.

BY DELIVERING TO AND LEAVING A TRUE COPY OF EACH THEREOF PERSONALLY WITH TAMERA RICHARDS, REGISTERED AGENT, WHO INDICATED THAT SHE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF OF GREEN STREET POWER PARTNERS.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 32    Approximate height 5'06"    Approximate weight 142    Color of skin BLACK    Color of hair BLACK    Other ACCENT

BUCHANAN INGERSOLL
& ROONEY PC

640 5TH AVENUE
9TH FLOOR
NEW YORK, NY 10019-6102
(212)440-4400

TONY CONIGLIARO

Sworn to before me on 08/07/2020
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2021