AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| NOVEL ENERGY SOLUTIONS, LLC, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:20-cv-05992 |
| PINE GATE RENEWABLES, LLC, and GREEN STREET POWER PARTNERS, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PINE GATE RENEWABLES, LLC
c/o Registered Agent Solutions, Inc.
176 Mine Lake Court, Ste 100
Raleigh, NC 27615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen J. Riccardulli
BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue
9th Floor
New York, NY 10019-6102
212-440-4400 (Tel.)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/3/2020 /S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

NOVEL ENERGY SOLUTIONS, LLC,

Plaintiff(s)
Petitioner(s)

INDEX #:
1:20-CV-05992
DATE FILED:
08/03/2020

- against -

PINE GATE RENEWABLES, LLC, AND
GREEN STREET POWER PARTNERS,

Defendant(s)
Respondent(s)

STATE OF NORTH CAROLINA: COUNTY OF JOHNSTON: ss:

JENNIFER ADAMS, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NORTH CAROLINA

That on 08/06/2020, 02:50PM at 176 MINE LAKE COURT, SUITE 100, RALEIGH, NC 27615, deponent served a SUMMONS IN A CIVIL ACTION, COMPLAINT DEMAND FOR JURY TRIAL WITH EXHIBIT "A", CIVIL COVER SHEET, NOVEL ENERGY SOLUTIONS, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT, INDIVIDUAL PRACTICES IN CIVIL CASES OF KATHARINE H. PARKER, US MAGISTRATE JUDGE-REVISED 1/1/20, UPDATED COVID-19 NOTICE OF PROCEDURES IN CIVIL AND CRIMINAL CASES GENERAL INFORMATION FOR CIVIL CASES-MAGISTRATE JUDGE PARKER 4/2/20 AND INDIVIDUAL RULES & PRACTICES IN CIVIL CASES VERNON S. BRODERICK, US DISTRICT JUDGE-3/19/20 on PINE GATE RENEWABLES, LLC, BY SERVING REGISTERED AGENT SOLUTIONS, INC., ITS REGISTERED AGENT FOR SERVICE OF PROCESS, a defendant in the above action.

BY DELIVERING TO AND LEAVING A TRUE COPY OF EACH THEREOF PERSONALLY WITH COURTNEY MORTON, REGISTERED AGENT, WHO INDICATED THAT SHE WAS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF PINE GATE RENEWABLES, LLC.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 35   Approximate height 5'05"   Approximate weight 240   Color of skin WHITE   Color of hair BROWN

LAURA A BERRY
Notary Public
Johnston County, North Carolina
My Commission Expires
November 7, 2023

BUCHANAN INGERSOLL
& ROONEY PC

640 5TH AVENUE
9TH FLOOR
NEW YORK, NY 10019-6102
(212)440-4400

JENNIFER ADAMS

Sworn to before me on 08/07/2020

Laura A. Berry