# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVEL ENERGY SOLUTIONS, LLC, : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:20-CV-05992-VSB |
| : | |
| PINE GATE RENEWABLES, LLC AND : | **NOTICE OF MOTION TO DISMISS** |
| GREEN STREET POWER PARTNERS, : | **PLAINTIFF'S COMPLAINT** |
| Defendants, : | |

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, dated August 26, 2020, the Declaration of Oksana G. Wright, dated August 26, 2020, and the exhibits annexed thereto, movant, Pine Gate Renewables, LLC ("Movant"), by its undersigned attorneys, Fox Rothschild LLP, shall move before this Court, before the Honorable Vernon S. Broderick at the Thurgood Marshall United States Courthouse 40 Foley Square, Courtroom 518 New York, NY 10007, for an Order granting Movant's motion to dismiss Plaintiff's Complaint against Movant pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for failure to state a claim against Movant.

**PLEASE TAKE FURTHER NOTICE** that any opposition and reply papers shall be served in accordance with the Local Civil Rule 6.1 and pursuant to the Honorable Vernon S. Broderick's Individual Rules of Practice.

DATED:    August 26, 2020

**FOX ROTHSCHILD LLP**

/s/ Oksana Wright
Oksana Wright, Esq.
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7930
(212) 692-0940 (fax)
owright@foxrothschild.com

and

Mark A. Finkelstein, Esq. (*Pro Hac Vice* motion to be submitted)
434 Fayetteville St.
Suite 2800
Raleigh, NC, 27601-2943
(919)755-8819
mfinkelstein@foxrothschild.com

*Attorneys for Defendant Pine Gate Renewables, LLC*