```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NOVEL ENERGY SOLUTIONS, LLC,                                :
                                                            :
                         Plaintiff,                         :
                                                            :          20-CV-5992 (VSB)
            -against-                                       :
                                                            :               ORDER
PINE GATE RENEWABLES, LLC, et al.,                          :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Defendants filed motions to dismiss on August 26, 2020. (Docs. 11, 14.) Thereafter, Plaintiff filed an amended complaint, (Doc. 20), and Defendants filed motions to dismiss the amended complaint, (Docs. 40, 44.) Defendants are directed to inform me whether their original motions to dismiss that were directed at the original complaint, (Docs. 11, 14), are now moot. Accordingly, it is hereby:

ORDERED, that by May 18, 2021, Defendants indicate whether their original motions to dismiss are moot.

SO ORDERED.

Dated: May 11, 2021
       New York, New York

                                          _____
                                          Vernon S. Broderick
                                          United States District Judge