# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NOVEL ENERGY SOLUTIONS, LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:20-CV-05992-VSB |
| | : | |
| PINE GATE RENEWABLES, LLC AND GREEN STREET POWER PARTNERS, | : : | |
| Defendants, | : | |

**RESPONSE IN COMPLIANCE WITH THE COURT'S ORDER SIGNED MAY 11, 2021**

Now comes Defendant Pine Gate Renewables, LLC in response to the Court's Order (ECF Doc. 54) that it inform the court whether its motion to dismiss the original complaint is now moot given that Plaintiff filed an amended complaint that Pine Gate subsequently moved to dismiss. Pine Gate's motion to dismiss filed August 26, 2020 which sought to dismiss the original complaint has been superseded by Pine Gate's motion to dismiss the amended complaint. Pine Gate, therefore, believes that the motions to dismiss filed in August (Docs. 11 and 14) are superseded and moot as a matter of law.

DATED: May 13, 2021

                                        **FOX ROTHSCHILD LLP**
                                        /s/ Oksana Wright
                                        Oksana Wright, Esq.
                                        101 Park Avenue, 17th Floor
                                        New York, New York 10178
                                        (212) 878-7930
                                        (212) 692-0940 (fax)
                                        owright@foxrothschild.com

and

/s/ Mark A. Finkelstein
Mark A. Finkelstein, Esq. (*Pro Hac Vice*)
434 Fayetteville St.
Suite 2800
Raleigh, NC, 27601-2943
(919)755-8819
mfinkelstein@foxrothschild.com

*Attorneys for Defendant Pine Gate Renewables, LLC*

The Clerk of Court is respectfully directed to terminate docket entry number 11.

SO ORDERED:

HON. VERNON S. BRODERICK   5/14/2021
UNITED STATES DISTRICT JUDGE