# AMINI LLC

**Noam Besdin**
MEMBER NY BAR

212.497.8278
nbesdin@aminillc.com

May 13, 2021

**V**IA **ECF**

Honorable Vernon S. Broderick
USDC, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The Clerk of Court is respectfully directed to terminate docket entry number 14.
>
> SO ORDERED:
>
> /s/ Vernon Broderick
> HON. VERNON S. BRODERICK   5/14/2021
> UNITED STATES DISTRICT JUDGE

Re: *Novel Energy Solutions, LLC v. Pine Gate Renewables, LLC, et al.*,
Case No. 20-CV-5992 (VSB)

Dear Judge Broderick:

I write on behalf of Defendants Green Street Power Partners, LLC, GSPP Holdco, LLC, and GSPP Capital, LLC (collectively, "Green Street"). Pursuant to the Court's Order dated May 11, 2021 (Doc. 54), the undersigned confirms that the motion to dismiss Plaintiff's original Complaint filed by Defendant Green Street Power Partners, LLC on August 26, 2020 (Doc. 14) is moot.

On October 13, 2020, Green Street filed a motion to dismiss (Doc. 44) the Amended Complaint filed by Plaintiff on September 16, 2020 (Doc. 20), which motion remains pending.

Sincerely,

*/s/ Noam Besdin*

Noam Besdin

cc: All Counsel of Record (*via ECF*)