UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
      :
NOVEL ENERGY SOLUTIONS, LLC,    :
      :
           Plaintiff,    :
      :     20-CV-5992 (VSB)
    - against -    :
      :     **ORDER**
      :
PINE GATE RENEWABLES, LLC, *et al.*,  :
      :
           Defendants.  :
      :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Pursuant to the Second Circuit's decision dated April 1, 2024, the Amended Complaint is dismissed without prejudice and with leave to file a second amended complaint within thirty (30) days of the filing of this Order. (*See* Doc. 63.) Plaintiff is warned that if it fails to do so, or to request an extension based on good cause, I will enter judgment and the case will be closed. Defendants shall answer or otherwise respond to the second amended complaint within twenty-one (21) days from the date that it is filed.

SO ORDERED.

Dated: October 8, 2024
      New York, New York

                                            Vernon S. Broderick
                                            United States District Judge